IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RANDY ETHAN HALPRIN,** § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:19-CV-1203-L** |
| § | |
| **LORIE DAVIS, Director,** § | |
| **Texas Department of Criminal Justice,** § | |
| **Correctional Institutions Division,** § | |
| § | |
| Respondent. § | |

### NOTICE

It has come to the court's attention that Petitioner's attorney, Mr. Tivon Schardl, has contacted the court's staff to inquire whether Ms. Kim Schaefer worked as a law clerk on this case or the court's recent order transferring Petitioner's habeas petition to the United States Court of Appeals for the Fifth Circuit. According to the messages left by Mr. Schardl, this inquiry was being made for appellate purposes because he believed that it would be a conflict of interest for Ms. Schaefer to work on this case, given that she previously represented the State of Texas in Petitioner's prior state action. The court and the court's staff are well aware of their ethical obligations, and, it is for this reason that Ms. Schaefer did not work on this case in any capacity. Accordingly, any appeal of this action on this basis would be without merit and frivolous.

**Signed** this 10th day of September, 2019.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page